

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00356-CR

| | | |
|---|---|---|
| TERRY LYNN TERLAJE, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1203080D) |
| V. | § | February 11, 2021 |
| | § | Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect a plea of "Not True" to the petition to adjudicate. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach